Cooper Hewitt, deceased, and, therefore, entitled to the principal of the trust fund theretofore held by the trustee herein for the benefit of said Peter Cooper Hewitt with remainder subject to his appointment and in default thereof to his issue.

*Henry B. Closson* and *Milton C. Lightner* for appellants.

*Edward H. Blanc* and *Edward M. Cameron, Jr.,* for Ann Cooper Hewitt, respondent.

*Clarence J. Shearn* for Maryon J. Hewitt, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

GUSTAVUS W. RAYNOLDS et al., Appellants, *v.* BROWNING, KING & COMPANY, Respondent, and MARY K. STEVENS et al., Appellants.

*Trust — lease — provision in will creating trust authorizing trustee to lease land for term extending beyond duration of trust — lease by trustee with provision for renewal — declaratory judgment that lessee is entitled to renewal by remaindermen.*

*Raynolds* v. *Browning, King & Co.,* 217 App. Div. 443, affirmed. (Argued June 9, 1927; decided July 20, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 20, 1926, unanimously affirming a judgment entered upon a decision of the court on trial at Special Term in an action upon a lease made by a testamentary trustee to obtain a declaratory judgment as to whether the tenant is entitled to a renewal by the remaindermen after termination of the trust. By the will the trustee was authorized to lease the property "for a term extending beyond the duration of said trust." In pursuance to such power he leased the premises to defendant Browning, King & Company for a term of twenty-one years with a right to a renewal for a further term of twenty-one years.

Prepared by State Reporter from Appeal Papers

*Thomas M. Healy* for plaintiffs, appellants.

*Jabish Holmes* for Kate S. Stevens et al., defendants, appellants.

*Levi S. Hulse* for Nicholas Hidden, defendant, appellant.

*Henry D. Merchant* and *Abel Merchant, Jr.*, for Henrietta G. Cattapani, defendant, appellant.

*Harold Swain* and *Arthur H. Indell* for Title Guarantee and Trust Company, as committee.

*Charles P. Northrop* and *Clarence E. Thornall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

AUSTIN NICHOLS & CO., INC., Appellant, *v.* COMPANIA TRASATLANTICA, Respondent.

*Carriers — negligence — action to recover for loss of merchandise through leakage — exemption in bill of lading of liability therefor — erroneous submission to jury in absence of evidence of negligence.*

*Nichols & Co., Inc.*, v. *Compania Trasatlantica*, 218 App. Div. 660, affirmed.

(Argued June 10, 1927; decided July 20, 1927.)

APPEAL from a judgment, entered January 7, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover for loss of olive oil shipped by plaintiff on one of defendant's steamers from Malaga, Spain, to New York. It was alleged that the containers were damaged and broken through the negligence of defendant in loading, stowing, transporting and discharging the merchandise. The answer set up as defenses clauses in the bill of lading exempting defendant from liability for breakage or leakage. The Appellate Division held that there was no evidence in the record of negligence on the part of defendant, that the damage to plaintiff's mer-